BENJAMIN B. WAGNER
United States Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT A. LINDAMOOD,<br><br>　　　　Defendant. | 1:11-cr-00337 DLB<br><br>**REQUEST TO RESCHEDULE INITIAL APPEARANCE; ORDER THEREON** |

The government requests that the initial appearance in the above-captioned case – currently scheduled for November 10, 2011 – be rescheduled to December 1, 2011 to allow additional time to serve the defendant with a summons. The government further requests that the Court cancel the unserved summons requiring the defendant to appear on November 10, 2011.


　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney


Dated: November 8, 2011　　By: /s/ Wallace J. Lee
　　　　　　　　　　　　　　　　WALLACE J. LEE
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1
**REQUEST TO RESCHEDULE INITIAL APPEARANCE;
ORDER**

**ORDER**

The initial appearance is RESCHEDULED from November 10, 2011, to December 1, 2011, at 10:00 a.m., before Magistrate Judge Oberto.


IT IS SO ORDERED.

Dated: **November 9, 2011**         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE